**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

**UNITED STATES OF AMERICA,**

                                                    **Mg. 2008/0002**

  **vs**

*Rosny Laguerre*

_____

**MEMORANDUM RECORD OF PROCEEDING**

     Defendant appeared before George W. Cannon, Jr. U.S. Magistrate Judge on the 31st of January 2008 at    pm (time), (before)(after) the filing of the Complaint in the above cause, a copy of which (was)(was not) given to the defendant. The defendant was informed of the complaint and constitutional rights and statutory rights including:

     (X) Right to counsel of own choosing; (X) Right to remain silent; if a voluntary statement is made, it could be used against him/her; (X ) Right to preliminary examination; (X) Right to bail.

     The defendant was also advised that if he/she is unable to hire a lawyer that one would be provided without cost; You have a right to talk to the lawyer before answering questions and to have the lawyer present during any questioning or statement which may be made; and that if willing to make a statement, You have the right to stop at any time they wish; You have a right to obtain assistance of the court's officers in serving witnesses on defendant's behalf. At the time of appearance, defendant (was)(was not) in custody.

**O R D E R**

    Upon the record of proceeding, it is hereby;

**ORDERED** THAT DEFENDANT BE RELEASED FROM CUSTODY UPON EXECUTION OF:

- An unsecured Appearance Bond in the amount of $10,000.00, Custody and Bond.
- ☐ An Appearance Bond in the amount of $_____ with security of ten percent (10%) of the face amount of the bond.
- ☐ Bail Bond with one or more sureties or deposit of cash in lieu thereof, in the amount of $_____.
- ☐ Other conditions:_____

01/31/08 Advise of rights hearing held, Preliminary & Detention Hearing set for 02/5/08@ 9:00 am

Page 2
Minutes of Proceedings

Attorney <u>Federal Public Defender</u> appointed to represent defendant.

You are to sign in at the U.S. Marshal's Office each Wednesday at 9:30 A.M., at District Court, located at 3013 Golden Rock, Christiansted, St. Croix.

Dated: 01/31/08

                                                _____
                                                /S/ George W. Cannon, Jr
                                                  U.S. Magistrate Judge

     I certify that I truly and accurately interpreted the statement of the

Judge from English to <u>Creole & Creole to English</u> a language which the defendant understands.

                                                  <u>Andres McBean</u>
                                                Interpreter

_____

Defendant's Date of Birth:_____Age:_____

Residence Address:_____

Mailing Address:_____

City:_____

Island (State):_____

Home Phone:_____    Business Phone:_____

Arresting Officer:_____

Date of Arrest: <u>01/29/08</u>

     I certify that I received a copy of this Memorandum Record of Proceeding.

_____    _____